# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**STATE BANK & TRUST COMPANY**                                        **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO. 5:08-CV-199**

**BUNGE NORTH AMERICA, INC.**
                                                                      **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day there came on for consideration the above-referenced civil action initiated by State Bank & Trust Company against Bunge North America, Inc. (collectively, "Parties"). The Court, being fully advised in the premises and further being informed that the Parties have agreed to settle this action, finds that this matter should be dismissed with prejudice consistent with the Parties' agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action, the Complaint filed by State Bank & Trust Company and all claims and any defenses asserted by the Parties against each other shall be and hereby are dismissed with prejudice, with the Parties bearing their own costs, expenses, and attorneys' fees.

**SO ORDERED,** this the __29th__ day of __December__, 2008.

 s/ David Bramlette
 DAVID C. BRAMLETTE, III
 UNITED STATES DISTRICT COURT JUDGE

**AGREED TO BY:**

s/Kristina M. Johnson
Counsel for State Bank & Trust


s/Eric F. Hatten
Counsel for Bunge North America